IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>DARELL C. RICHARDS,<br><br>　　　　　　　　Defendant. | 8:22CR57<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

　　　The defendant appeared before the Court on September 26, 2024 regarding Second Amended Petition for Offender Under Supervision [70]. Richard McWilliams represented the defendant. Matt Lierman represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　　The government made an oral motion to dismiss Amended Petition for Offender Under Supervision [54]. The government's oral motion to dismiss Amended Petition for Offender Under Supervision [54] is granted without objection.

　　　The defendant requested a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The preliminary hearing is scheduled before U.S. Magistrate Judge F.A. Gossett in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:00 p.m. on September 27, 2024

　　　The government moved for detention based upon risk of danger. The government requested a continuance of the detention hearing. The detention hearing is continued to U.S. Magistrate Judge F.A. Gossett in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:00 p.m. on September 27, 2024. The defendant will remain detained pending further order of the court.

　　　**IT IS SO ORDERED**.

　　　Dated this 26th day of September, 2024.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge